| Payment Date | Payment Amount | Transferor | Ostensible Reason For Payment* | Transferor Account Number | Payment Method | Transferee | Transferee Account Number |
|---|---|---|---|---|---|---|---|
| 12/14/2021 | $ 16,421.93 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 12/17/2021 | $ 5,235,897.91 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 12/22/2021 | $ 1,110,577.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 12/24/2021 | $ 3,968,546.07 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 12/28/2021 | $ 250,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 12/28/2021 | $ 500,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 12/31/2021 | $ 3,300,932.73 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/4/2022 | $ 75,452.05 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/7/2022 | $ 2,593,732.73 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/11/2022 | $ 250,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/14/2022 | $ 2,195,718.32 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/19/2022 | $ 1,739,645.19 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/21/2022 | $ 3,533,973.09 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/28/2022 | $ 59,917.81 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/28/2022 | $ 1,646,482.70 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 1/31/2022 | $ 10,000.00 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/2/2022 | $ 978,410.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/4/2022 | $ 3,017,937.40 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/7/2022 | $ 9,271.84 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/8/2022 | $ 38,943.45 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/11/2022 | $ 3,458,729.24 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/16/2022 | $ 22,194.90 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/16/2022 | $ 1,628,512.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/18/2022 | $ 1,000,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/18/2022 | $ 4,950,763.54 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/25/2022 | $ 55,232.88 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/25/2022 | $ 5,615,168.37 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 2/28/2022 | $ 46,666.67 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/2/2022 | $ 1,156,433.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/4/2022 | $ 5,470,198.13 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/8/2022 | $ 15,696.92 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/9/2022 | $ 49,837.13 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/11/2022 | $ 5,495,494.70 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/16/2022 | $ 120,413.76 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/16/2022 | $ 1,696,327.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/18/2022 | $ 4,925,308.36 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/25/2022 | $ 3,534,478.69 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 3/30/2022 | $ 1,138,707.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/1/2022 | $ 51,666.67 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/1/2022 | $ 4,007,036.43 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/4/2022 | $ 58,684.93 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/8/2022 | $ 3,786,078.50 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/12/2022 | $ 40,080.16 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/13/2022 | $ 1,609,304.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/15/2022 | $ 1,869,185.16 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/22/2022 | $ 3,992,040.78 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/26/2022 | $ 501,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/27/2022 | $ 957,021.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 4/29/2022 | $ 46,602.74 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |

| Date | Amount | | Entity | Payment Type | Account | Transfer Method | Recipient | Recipient Account |
|---|---|---|---|---|---|---|---|---|
| 4/29/2022 | $ | 2,164,529.28 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/4/2022 | $ | 15,312.61 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/4/2022 | $ | 576,437.50 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/5/2022 | $ | 46,666.67 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/6/2022 | $ | 100,000.00 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/6/2022 | $ | 3,060,642.72 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/11/2022 | $ | 1,415,868.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/13/2022 | $ | 2,655,405.98 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/17/2022 | $ | 501,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/18/2022 | $ | 18,057.42 | Sears Hometown Stores, Inc. | Inventory Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/20/2022 | $ | 4,319,869.82 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/24/2022 | $ | 250,500.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/25/2022 | $ | 1,006,991.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/27/2022 | $ | 44,876.71 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/27/2022 | $ | 3,345,566.41 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 5/31/2022 | $ | 51,666.67 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/3/2022 | $ | 3,065,379.29 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/6/2022 | $ | 2,000,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/8/2022 | $ | 1,646,025.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/10/2022 | $ | 3,433,750.89 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/17/2022 | $ | 4,418,442.22 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/22/2022 | $ | 1,015,778.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/24/2022 | $ | 3,545,716.53 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 6/30/2022 | $ | 50,000.00 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/1/2022 | $ | 31,808.22 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/1/2022 | $ | 2,869,614.59 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/6/2022 | $ | 1,049,699.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/8/2022 | $ | 3,063,664.55 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/15/2022 | $ | 3,787,959.62 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/20/2022 | $ | 1,286,228.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/22/2022 | $ | 1,200,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/29/2022 | $ | 50,675.64 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/29/2022 | $ | 58,070.46 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 7/29/2022 | $ | 2,029,595.09 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/3/2022 | $ | 770,272.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/5/2022 | $ | 1,567,990.24 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/12/2022 | $ | 1,775,592.14 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/17/2022 | $ | 1,165,738.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/19/2022 | $ | 2,278,799.96 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/26/2022 | $ | 76,160.42 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/26/2022 | $ | 2,582,384.77 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/31/2022 | $ | 673,251.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 8/31/2022 | $ | 164,211.39 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/2/2022 | $ | 2,047,410.11 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/7/2022 | $ | 1,000,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/9/2022 | $ | 2,458,447.18 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/14/2022 | $ | 1,081,649.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/16/2022 | $ | 1,906,350.57 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/23/2022 | $ | 723,210.16 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/23/2022 | $ | 10,145.64 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 9/23/2022 | $ | 14,399.52 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |

| 9/23/2022 | $ 17,601.97 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
|---|---|---|---|---|---|---|---|
| 9/23/2022 | $ 29,606.44 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 9/27/2022 | $ 1,000,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/28/2022 | $ 640,774.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/30/2022 | $ 4,500.00 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | Wire Transfer Out | Transform Holdco LLC | |
| 9/30/2022 | $ 142,557.77 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/30/2022 | $ 158,914.25 | Sears Hometown Stores, Inc. | Transform Loan Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 9/30/2022 | $ 689,756.15 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/4/2022 | $ 500,000.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/5/2022 | $ 10,381.37 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 10/5/2022 | $ 27,831.00 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 10/7/2022 | $ 1,886,746.07 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/12/2022 | $ 1,079,638.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/14/2022 | $ 2,216,207.10 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/21/2022 | $ 1,504,764.00 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/26/2022 | $ 667,915.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/28/2022 | $ 1,110,510.88 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 10/31/2022 | $ 4,500.00 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | Wire Transfer Out | Transform Holdco LLC | |
| 11/3/2022 | $ 8,900.37 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 11/3/2022 | $ 25,494.71 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 11/4/2022 | $ 1,743,778.38 | Sears Hometown Stores, Inc. | Weekly Invoice Transfers | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 11/8/2022 | $ 875,488.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 11/22/2022 | $ 453,307.48 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | Electronic book transfer | Transform Midco, LLC | x7734 |
| 11/25/2022 | $ 8,528.24 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | ACH | Transform Holdco LLC | |
| 12/1/2022 | $ 4,500.00 | Sears Hometown Stores, Inc. | Utilities and Rent Payments | x4888 | Wire Transfer Out | Transform Holdco LLC | |
| 12/8/2022 | $ 648,967.00 | Sears Hometown Stores, Inc. | Ostensible Dealer Payments | x4888 | ACH | Transform Midco, LLC | x7734 |
| **Total** | $ 177,763,701.05 | | *terms in this column have the meanings provided in the Complaint | | | | |