**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*,[1] | Case No. 22-11303-BLS (Jointly Administered) |
| Debtors. | |
| JEOFFREY L. BURTCH, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*, | |
| Plaintiff, | |
| v. | Adv. No. 24-50281 (BLS) |
| ESL INVESTMENTS, INC., ESL PARTNERS, L.P., HOMETOWN MIDCO LLC, HOFFMAN TOPCO LLC, TRANSFORM HOLDCO LLC, TRANSFORM MIDCO LLC, TRANSFORM SR ACCEPTANCE LLC, TRANSFORM SR LLC, TRANSFORM SR HOLDINGS LLC, TRANSFORM SR HOLDING MANAGEMENT LLC, TRANSFORM KM LLC, TRANSFORM SR BRANDS MANAGEMENT LLC, TRANSFORM SR BRANDS LLC, TRANSFORM HOLDINGS, INC., EDWARD S. LAMPERT, ELISSA ROBERTSON, HENRY BASRA AND MAHAD RAFEEQ, | |
| Defendants. | |

---

[1]  The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are the following: Sears Authorized Hometown Stores, LLC (9641); and Sears Hometown Stores, Inc. (8358).  The Debtors' mailing address is 5500 Trillium Blvd. Suite 501, Hoffman Estates, IL 60192.

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
REGARDING AMENDED COMPLAINT AND DEFENDANTS'
DEADLINE FOR RESPONDING THERETO**

I, Mark E. Felger, counsel to Jeoffrey L. Burtch, as chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned debtors, the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby certifies as follows:

1.    On December 11, 2024, the Trustee commenced the Adversary Proceeding by filing a Complaint [Adv. Proc. D.I. 1] (the "Complaint") against the above-captioned defendants (the "Defendants," and together with the Trustee, the "Parties").

2.    Since then, the Parties, through their counsel, have entered into five successive stipulations temporarily staying the Adversary Proceeding to afford them an opportunity to mediate and discuss potential resolution of the causes of action asserted in the Complaint.

3.    As reflected in the Parties' most recent stipulation, as filed with and approved by the Court, the Trustee intends to file an amended complaint.  The Trustee's present deadline to file the amended complaint is April 24, 2026, and the Defendants' present deadline to respond to the Complaint is June 10, 2026.  See Adv. Proc. D.I. 21.

4.    The Parties, through their counsel, have conferred, and agreed to the terms of a certain *Fourth Stipulation Regarding Amended Complaint and Defendants' Deadline for Responding Thereto* (the "Stipulation").  Among other things, the Stipulation provides that the Trustee shall file an amended Complaint on or before June 23, 2026, and that the Defendants' deadline for responding shall be August 12, 2026.

5.    A proposed order approving the Stipulation is attached to this Certification as Exhibit "A," and the Stipulation itself is attached as Exhibit "1" to the proposed order.  The Stipulation has been approved and executed by each of the Parties, and counsel for each of the Parties has agreed to the entry of the proposed order.

6.    The undersigned respectfully requests that the Court enter the proposed order attached hereto as Exhibit "<u>A</u>" approving the Stipulation at its earliest convenience.

Dated:  April 24, 2026                              **COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger, Esq. (DE No. 3919)
Gregory F. Fischer, Esq. (DE No. 5269)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

3