## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 22-11303<br>(Jointly Administered)<br><br>Hon. Brendan L. Shannon |
| JEOFFREY L. BURTCH, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*,<br><br>               Plaintiff,<br>v.<br><br>ESL INVESTMENTS, INC., ESL PARTNERS, L.P., HOMETOWN MIDCO LLC, HOFFMAN TOPCO LLC, TRANSFORM HOLDCO LLC, TRANSFORM MIDCO LLC, TRANSFORM SR ACCEPTANCE LLC, TRANSFORM SR LLC, TRANSFORM SR HOLDINGS LLC, TRANSFORM SR HOLDING MANAGEMENT LLC, TRANSFORM KM LLC, TRANSFORM SR BRANDS MANAGEMENT LLC, TRANSFORM SR BRANDS LLC, TRANSFORM HOLDINGS, INC., EDWARD S. LAMPERT, ELISSA ROBERTSON, HENRY BASRA AND MAHAD RAFEEQ,<br><br>               Defendants. | Adv. No. 24-50281 (BLS) |

---

[1]  The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are the following: Sears Authorized Hometown Stores, LLC (9641); and Sears Hometown Stores, Inc. (8358).  The Debtors' mailing address is 5500 Trillium Blvd. Suite 501, Hoffman Estates, IL 60192.

**ORDER APPROVING STIPULATION REGARDING AMENDED COMPLAINT AND DEFENDANTS' DEADLINE FOR RESPONDING THERETO**

Upon consideration of the *Fifth Stipulation Regarding Amended Complaint and Defendants' Deadline for Responding Thereto*, a copy of which is attached hereto as Exhibit "1" (the "Stipulation"),[2] and the Certification of Counsel regarding the Stipulation; IT IS HEREBY ORDERED:

1.  The Stipulation, including all provisions, terms, and conditions therein, is hereby approved.

2.  The Trustee shall file the Amended Complaint on or before October 9, 2026.  The deadline for each of the above-captioned defendants to respond to the Amended Complaint shall be December 2, 2026.  This Order is without prejudice to the Parties' ability to request that such deadlines be extended.

3.  The Court shall hold an initial pretrial conference at a date to be determined following December 2, 2026.

**Dated: August 10th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Stipulation.