**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*,[6]<br><br>*Debtors*. | Chapter 7<br><br>Case No. 22-11303<br>(Jointly Administered)<br><br>Hon. Brendan L. Shannon |
| SEARS AUTHORIZED HOMETOWN STORES, LLC, and SEARS HOMETOWN STORES, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRANSFORM KM LLC, TRANSFORM SR ACCEPTANCE LLC, TRANSFORM SR HOLDINGS LLC, TRANSFORM SR HOLDING MANAGEMENT LLC, and TRANSFORM SR LLC,<br><br>*Defendants.* | Adv. No. 22-50510 (BLS) |
| JEOFFREY L. BURTCH, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF SEARS AUTHORIZED HOMETOWN STORES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ESL INVESTMENTS, INC., ESL PARTNERS, L.P., HOMETOWN MIDCO LLC, HOFFMAN TOPCO LLC, TRANSFORM HOLDCO LLC, | Adv. No. 24-50281 (BLS)<br><br>**Objection Deadline: October 21, 2026 at 4:00 p.m. ET**<br><br>**Hearing Date: October 28, 2026 at 11:30 a.m. ET** |

[6] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are the following: Sears Authorized Hometown Stores, LLC (9641); and Sears Hometown Stores, Inc. (8358). The Debtors' mailing address is 5500 Trillium Blvd. Suite 501, Hoffman Estates, IL 60192.

TRANSFORM MIDCO LLC, TRANSFORM SR ACCEPTANCE LLC, TRANSFORM SR LLC, TRANSFORM SR HOLDINGS LLC, TRANSFORM SR HOLDING MANAGEMENT LLC, TRANSFORM KM LLC, TRANSFORM SR BRANDS MANAGEMENT LLC, TRANSFORM SR BRANDS LLC, TRANSFORM HOLDINGS, INC., EDWARD S. LAMPERT, ELISSA ROBERTSON, HENRY BASRA and MAHAD RAFEEQ,

*Defendants*.

**NOTICE OF TRUSTEE'S MOTION TO APPROVE SETTLEMENT OF CERTAIN ESTATE CAUSES OF ACTION**

**PLEASE TAKE NOTICE** that on September 23, 2026, Jeoffrey L. Burtch (the "Trustee"), filed the attached *Trustee's Motion to Approve Settlement of Certain Estate Causes of Action* **(**the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be made in writing, filed with the Court and served upon the undersigned counsel for the Trustee, so as to actually be received by the Court and Trustee's counsel on or before **October 21, 2026 at 4:00 p.m. (Prevailing Eastern Time)**. If no objections are timely filed in accordance with the above procedures, the Trustee shall file a Certificate of No Objection and the Court may grant the relief requested in the Motion without further notice of hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held before the Honorable Brendan Linehan Shannon, United States Bankruptcy Court Judge at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **October 28, 2026 at 11:30 a.m. (Prevailing Eastern Time).** Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at and receive notice of such hearing.

IF YOU FAIL TO RESPOND BY THE ABOVE DEADLINE, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR A HEARING.

Dated: September 23, 2026

**COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*