**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br>Case No. 22-11303 (BLS)<br>(Jointly Administered)<br>**RE: D.I. Nos. 390, 391** |
| SEARS AUTHORIZED HOMETOWN STORES, LLC, and SEARS HOMETOWN STORES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSFORM KM LLC, TRANSFORM SR ACCEPTANCE LLC, TRANSFORM SR HOLDINGS LLC, TRANSFORM SR HOLDING MANAGEMENT LLC, and TRANSFORM SR LLC,<br><br>Defendants. | Adv. Pro. No. 22-50510 (BLS) |
| JEOFFREY L. BURTCH, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF SEARS AUTHORIZED HOMETOWN STORES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ESL INVESTMENTS, INC., ESL PARTNERS, L.P., HOMETOWN MIDCO LLC, HOFFMAN TOPCO LLC, TRANSFORM HOLDCO LLC, TRANSFORM MIDCO LLC, TRANSFORM SR ACCEPTANCE LLC, TRANSFORM SR LLC, TRANSFORM SR HOLDINGS LLC, TRANSFORM SR HOLDING | Adv. Pro. No. 24-50281 (BLS) |

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are the following: Sears Authorized Hometown Stores, LLC (9641); and Sears Hometown Stores, Inc. (8358). The Debtors' mailing address is 5500 Trillium Blvd. Suite 501, Hoffman Estates, IL 60192.

| |
|---|
| MANAGEMENT LLC, TRANSFORM KM LLC, TRANSFORM SR BRANDS MANAGEMENT LLC, TRANSFORM SR BRANDS LLC, TRANSFORM HOLDINGS, INC., EDWARD S. LAMPERT, ELISSA ROBERTSON, HENRY BASRA and MAHAD RAFEEQ,<br><br>Defendants. |

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on Wednesday, September 23, 2026, a true and correct copy of *Trustee's Motion to Approve Settlement of Certain Estate Causes of Action* (the "Settlement Motion") [D.I. 390] was efiled via CM/ECF and served via the Court's NEF upon all parties receiving such service and additionally upon the parties on the attached Service List attached hereto as Exhibit A via email.

On Monday, September 28, 2026, the Settlement Motion was served on the parties on the Service List attached hereto as Exhibit B, in the manner indicated. Finally, on Monday, September 28, 2026, the *Notice of Trustee's Motion to Approve Settlement of Certain Estate Causes of Action* [D.I. 391] was served upon the parties on the attached Service List attached hereto as Exhibit C in the manner indicated.

Dated: September 28, 2026

**COZEN O'CONNOR**

*/s/ Simon E. Fraser*

Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
sfraser@cozen.com

*Counsel to Jeoffrey L . Burtch, Chapter 7 Trustee*

**EXHIBIT A**
**SERVICE LIST**

| | |
|---|---|
| Kurt F. Gynne<br>John S. Vishneski<br>REED SMITH LLP<br>kgwynne@reedsmith.com<br>jvishneski@reedsmith.com | David A. Shedd<br>BAILEY CAVALIERI<br>dshedd@baileycav.com |
| Landon Raiford<br>TAFT STETTINIUS & HOLLISTER LLP<br>lraiford@taftlaw.com | Matthew J. Pawlowski<br>Matthew Gurgel<br>HOLWELL SHUSTER & GOLDBERG LLP<br>mpawlowski@hsgllp.com<br>mgurgel@hsgllp.com |
| Rebecca Butcher<br>LANDIS RATH & COBB LLP<br>butcher@lrclaw.com | Regina Kelbon<br>John Lucian<br>BLANK ROME LLP<br>regina.kelbon@blankrome.com<br>john.lucian@blankrome.com |

**EXHIBIT B**
**SERVICE LIST**[1]

***Debtor's Counsel:***

Mark Minuti
Jeffrey C. Hampton
Monique Bair DiSabatino
SAUL EWING LLP
mark.minuti@saul.com
jhampton@saul.com
Monique.disabatino@saul.com

Lucian Borders Murley
AKERMAN LLP
luke.murley@akerman.com

***U.S. Trustee:***

Joseph Cudia
OFFICE OF THE UNITED
STATES TRUSTEE
joseph.cudia@usdoj.gov

***Counsel to PNC Bank:***

John Lucian
Michael Graziano
BLANK ROME
john.lucian@blankrome.com
michael.graziano@blankrome.com

***Counsel to Transform Entities:***

Derek Abbott
Sophie Rogers Churchill
MORRIS NICHOLS
dabbott@morrisnichols.com
schurchill@morrisnichols.com

[1] All parties served by email, unless other manner of service is indicated.

***Rule 2002 Parties (Service by Email):***

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Mollie Lerew
Attn: Melissa E. Valdez
wichitafalls@pbfcm.com
mvaldez@pbfcm.com
*Counsel to Wichita County, City of Wichita Falls; Wichita Falls Independent School District; Brazoria County, Special Road and Bridge District; Alvin Independent School District; City of Alvin; Alvin Community College District; Brazoria County Conservation And Reclamation District # 3*

Leslie C. Heilman
Laurel D. Roglen
Margaret A. Vesper
BALLARD SPAHR LLP
heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
*Counsel to Brixmore Lake Pointe Village, LLC; and Citibank, N.A.*

Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
Attn: Don Stecker
Attn: Tara L. Grundemeier
Attn: Diane W. Sanders
dallas.bankruptcy@lgbs.com
sanantonio.bankruptcy@lgbs.com
Houston_bankruptcy@lgbs.com
Austin.bankruptcy@lgbs.com
*Counsel to Tarrant County; Atascosa County; City of Pleasanton; Bexar County; Pecos County; Cypress-Fairbanks Isd; Houston Cad; Liberty County; Fort Bend County; Montgomery County; Harris County; Matagorda County; Hidalgo County; Jim Wells CAD*

EQYInvest Owner I, Ltd, LLP
c/o Rashti and Mitchell, Attorneys at Law
Attn: Timothy T. Mitchell
tim@rashtiandmitchell.com
dkrm@aol.com

Josephine Linden
Brock E. Czeschin
Amanda R. Steele
RICHARDS LAYTON & FINGER, P.A.
linden@rlf.com
czeschin@rlf.com
steele@rlf.com

Shawn M. Christianson
BUCHALTER, P.C.
schristianson@buchalter.com
*Counsel to Oracle America, Inc.*

Catherine Hanaway, Attorney General for the State of Missouri
MISSOURI DEPARTMENT OF REVENUE, GENERAL COUNSEL'S OFFICE
bankruptcy@dor.mo.gov

Julie Anne Parsons
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
jparsons@mvbalaw.com
*Counsel to Tax Appraisal District of Bell County, Texas; The County of Comal, Texas; The County of Limestone, Texas; The County of Wharton, Texas; The County of Dallam, Texas; Dallam County Appraisal District*

Hugh McCullough
DAVIS WRIGHT TREMAINE
hughmccollough@dwt.com
*Counsel to Citibank, N.A.*

Jeffrey C. Hampton
SAUL EWING LLP
Jeffrey.hampton@saul.com

Joshua S. Evett
DUKE EVETT
jse@dukeevett.com

Peter W. Shanley
Jade V. Andrews
Jacqueline M. Doyle
HACKETT FEINGBERG P.C.
PWS@bostonbusinesslaw.com
JVA@bostonbusinesslaw.com
JMD@bostonbusinesslaw.com

Alan C. Hocheiser
MAURICE WUTSCHER, LLP
ahochheiser@MauriceWutscher.com
*Counsel to AmTrust North America, Inc. on behalf of Wesco Insurance Company*

***Rule 2002 Parties (Service by U.S. Mail):***

Agilence Inc
1020 Briggs Rd
Suite 110
Mt. Laurel Township, NJ 08054

Cannon Square, LLC
c/o Prickett Jones & Elliott P.A.
1310 King Street
Wilmington, DE 19801

Carl A. Johnson IV
2910 80th Street S.
Wisconsin Rapids, WI 54494-9732

Springfield Sign & Graphic
4825 E Kearney St
Springfield, MO 65803

RR Donnelley
4101 Winfield Rd
5th Floor
Warrenville, IL 60555

Greensfelder, Hemker & Gale, PC
10 S Broadway
Suite 2000
St. Louis, MO 63102

Sycamore Center Dekalb, LLC
3333 Richmond Rd
Suite 350
Beachwood, OH 44122

Brixmor Lake Pointe Village LLC
200 Ridge Pike
Suite 100
Conshohocken, PA 19428

Engie Insight Services Inc.
PO Box 2440
Spokane, WA 99210

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Total Quality Logistics
4289 Ivy Pointe Blvd
Cincinnati, OH 45245

Abacaus Advisors Group LLC
175 Washington Ave
Suite 3
Dumont, NJ 07628

Flexprint Intermediate LLC
2845 N Omaha St
Mesa, AZ 85215

Nextopia Software Corporation
260 King St E, A200
Toronto, ON M5A 4L5
Canada

Dish Wireless Holdings
9601 S Meridian Blvd
Englewood, CO 80112

GA Communications
2196 W Park Ct
Stone Mountain, GA 30087

Potter Anderson & Corroon LLP
800 N State St., Suite 304
Dover, DE 19901

Whirlpool
2000 N M63
Benton Harbor, MI 49022

Cheng Cohen LLC
363 W Erie St
Suite 500
Chicago, IL 60654

BDO Seidman LLP
330 N Wabash Ave
Suite 3200
Chicago, IL 60611

Costco Innovel Solutions
999 Lake Dr
Issaquah, WA 98027

Missouri Department of Revenue,
Bankruptcy Unit
Attn: Zach DeJoode
P.O. Box 475
Jefferson City, MO 65105-0475

Comptroller of Public Accounts, Revenue Accounting Division
Attn: Kimberly A. Walsh,
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Jeanmarie Miller, Assistant Attorney General
Michigan Department of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

**EXHIBIT C**

**Service List**

| Name | Address1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abacaus Advisors Group LLC | | 175 Washington Ave | Suite 3 | | Dumont | NJ | 07628 | |
| ACE American Insurance Compan | Wendy M. Simkulak | c/o Duane Morris LLP | 30 S. 17th Street | | Philadelphia | PA | 19103 | |
| ACE Fire Underwriters Insurance Company | c/o Duane Morris LLP Wendy M. Simkulak | 30 S. 17th Street | | | Philadelphia | PA | 19103 | |
| Agilence Inc | | 1020 Briggs Rd | Suite 110 | | Mr. Laurel Town | NJ | 08054 | |
| AJ & SJ LLC | Kim Solarczyk, Property Management | 268 Magnolia Drive | | | Glenwood City | WI | 54013 | |
| Alejandro Lopez | | 83300 Rosa Ave | | | Thermal | CA | 92274 | |
| Alejandro Lopez | Attn: Omar A. Lopez | 49693 Harrison St | | | Coachella | CA | 92236 | |
| Amundsen Davis, LLC | 475 W. Terra Cotta Ave., #C1 | | | | Crystal Lake | IL | 60014 | |
| Amy Olive Warner | | 3460 Spring Valley Rd | | | Delhi | NY | 13753 | |
| Andrew Bailey, Attorney General State of Missouri | Zach DeJoode, Special Assistant Attorney General | Missouri Department of Revenue, General Counsel's Office | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | |
| Angelica Hernandez | | 504 Obsidian Dr | | | Gillette | WY | 82716 | |
| Anita Shook | | 1390 ACR 460 | | | Montalba | TX | 75853 | |
| April Elrod | 706 CR 404 | | | | Uvalde | TX | 78801 | |
| April Hayes | 232 Lakemere Dr. | | | | Somerset | KY | 42503 | |
| April Ramos | | 239 N Eastern Ave | | | Bartlett | IL | 60103 | |
| Aransas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Arthur Chaffee | | 2299 Seminary Rd | | | Milan | OH | 44846 | |
| Atascosa County | c/o Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan St | Suite 2200 | | San Antonio | TX | 78205 | |
| Bailey, William [Jennie Bailey] | 2770 SE 137th Ct | | | | Morriston | FL | 32668 | |
| Barbara Hauser | 726 9th Street NE | | | | Little Falls | MN | 56345 | |
| Barbara Jean Joyce | 21348 Louisiana Ave | | | | Chestertown | MD | 21620 | |
| Barbara Jette | 231 SE Lawson Ln | | | | Mcminnville | OR | 97128 | |
| Barnes, Deborah J | 92 Aroostook Falls Rd | | | | Ft Fairfield | ME | 04742 | |
| Barry Keith Waluzak | 3560 N Burroughs Path | | | | Beverly Hills | FL | 34465 | |
| Barry Sanders | 1201 S. Main | | | | Shamrock | TX | 79079 | |
| Bay City Independent School District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Melissa E. Valdez | 1235 N Loop W | Suite 600 | Houston | TX | 77008 | |
| BDO Seidman LLP | | 330 N Wabash Ave | Suite 3200 | | Chicago | IL | 60611 | |
| BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Suite 120 | | Wilmington | DE | 19805 | |
| Bea Buckhold | 4401 Sintz Rd. | | | | Springfield | OH | 45504 | |
| Ben Hill County Tax Commissioner | | 324 E Pine St | | | Fitzgerald | GA | 31750 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bernice Dodeler | | 607 Fourth St | | | Shell Lake | WI | 54871 | |
| Bexar County | Linebarger Goggan Blair & Sampson, LLP | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | |
| Billie Jo Wiley [Abyni Garner] | | PO Box 134 | | | Birmingham | IA | 52535 | |
| Bobbie Jo Hammac | | 502 Colonial Dr | | | Athens | TX | 75751 | |
| Brazoria County, et al | Attn: Michael J. Darlow | 1235 N Loop W | Suite 600 | | Houston | TX | 77008 | |
| Brenda Joyce Collins | Attn: Howard and Brenda Collins | 210 E Drane Ave | | | Corsicana | TX | 75110 | |
| Brenda Toy | | 1437 KY Hwy 3248 | | | Stanford | KY | 40484 | |
| Brian V. Scott | Attn: Brian Scott | PO Box 3556 | | | Pinehurst | NC | 28374 | |
| Brixmor Lake Pointe Village, LLC | c/o Ballard Spahr LLO Attn: Leslie C. Heilman | 919 N. Market Street, 11th FL | | | Wilmington | DE | 19801-3034 | |
| Brown Builders | Mark Brown | 442 Billy Keeney Rd. | | | Someset | KY | 42501 | |
| Bruce Gutweiler | | 14956 Pheasant Run Ct NW | | | Prior Lake | MN | 55372 | |
| California Department of Tax and Fee Administration | PO Box 942879 | | | | Sacramento | CA | 94279-0055 | |
| Cannon Square, LLC | | c/o Prickett Jones & Elliott PA | 1310 King St | | Wilmington | DE | 19801 | |
| Carey's Auto Body | 1101 S. Main St. | | | | Colville | WA | 99114 | |
| Carl A. Johnson II | 2910 80th St. So. | | | | Wisconsin Rapids | WI | 54494 | |
| Carl A. Johnson IV | | 2910 80th St. S. | | | Wisconsin Rapid | WI | 54494-9732 | |
| Carl Cobb | Attn: Jessica Cobb | 600 N 38th St | | | Corsicana | TX | 75110 | |
| Carl Day | 2383 Harmon Ave | | | | Danville | KY | 40422 | |
| Carl Johnson | 2910 80th S S | | | | Wisc Rapids | WI | 54494 | |
| Carol Sole | 73 S Isaac Way | | | | Stanford | KY | 40484 | |
| Carolyn Overstreet | 339 Quail Run Dr | | | | Liberty | KY | 42539 | |
| Carolyn Summers | Attn: Carolyn | 118 Camino del Rio | Unit 33 | | Gunnison | CO | 81230 | |
| Chelsey E Bergstrom | | 5045 N IL 130 | | | Olney | IL | 62450 | |
| Cheng Cohen LLC | Attn: Amy Cheng | 363 Erie St | Ste 500 | | Chicago | IL | 60654 | |
| Chris Cothron | 100 N. Church Street | | | | Somerset | KY | 42501 | |
| Christopher Carlson | 111 W. Wilson St., Apt. 807 | | | | Madison | WI | 53703 | |
| Cindy A. O'Connell | | E5334 732nd Ave | | | Menomonie | WI | 54751 | |
| City of Eagle Pass | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St | Suite 2200 | San Antonio | TX | 78205 | |
| City of Fort Worth | Attn: Stephen A. Cumbie | 200 Texas St | | | Fort Worth | TX | 76102 | |
| City of Mexia | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| City of Pleasanton | c/o Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan St | Suite 2200 | | San Antonio | TX | 78205 | |
| City of Portland | Portland Office of the City Attorney | 1221 SW 4th Avenue, Room 430 | | | Portland | OR | 97204 | |
| Clear Creek Independent School District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Melissa E Valdez | 1235 N Loop W | Suite 600 | Houston | TX | 77008 | |
| Cobb, Greg | | PO Box 448 | | | Dunnellon | FL | 34430-0448 | |
| Comptroller of Public Accounts | c/o Office of the Attorney General | Bankruptcy - Collections Division MC-008 | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Concetta Schwarting | P.O. Box 1222 | | | | Oneonta | NY | 13820 | |
| Connie Andrews | | 293 County Road 16 | | | Valley Grande | AL | 36701 | |
| Costco Innovel Solutions | | 999 Lake Dr | | | Issaquah | WA | 98027 | |
| County of Limestone, Texas et al | c/o McCreary Veselka Bragg & Allen PC | Attn: Julie Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | |
| County of Williamson, Texas | c/o McCreary Veselka Bragg & Allen PC | Attn: Julie Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | |
| Cristina Raether | | 1416 Loffler Court | | | Chippewa Falls | WI | 54729 | |
| Crossroads Community, Inc [Crossroads Community] | Attn: Kara Morris | 120 Banjo Ln | | | Centreville | MD | 21617 | |
| Cypress-Fairbanks ISD | c/o Tara L. Grundemeier | Linebarger Goggan Blair & Sampson, LLC | P.O. Box 3064 | | Houston | TX | 77253-3064 | |
| Dale Hayden | | 4136 20th Ave | | | Elk Mound | WI | 54739 | |
| DALLAM COUNTY APPRAISAL DISTRICT | "Taxing Districts" %PBFCM | PO BOX 9132 | | | Amarillo | TX | 79105 | |
| Danielle Valentine | | 1326 Goldenrod Cir | | | Junction City | KS | 66441 | |
| Danny Cook | | 2510 Panther Creek Rd | | | Fordland | MO | 65652 | |
| Darla Ramirez | 132 Dustin Circle | | | | Hudson Oaks | TX | 76087 | |
| David Brown | | 3479 Flamingo Blvd | | | Hernando Beach | FL | 34607 | |
| David John Parish | | W6356 Woodcraft Rd | | | Shell Lake | WI | 54871 | |
| Dawn Agosta | | 29896 Magnolia Drive | | | New Hudson | MI | 48165 | |
| Dawn Schafer | | 1273 N 900th st | | | Dundas | IL | 62425 | |
| Debbie Small | | 200 Bardstown Rd | | | Harrodsburg | KY | 40330 | |
| Deborah A. Peckler | 151 N. Alta Ave. | | | | Danville | KY | 40422-1651 | |
| Deborah McBride | | 4310 Seminole Rd | | | Fort Pierce | FL | 34951 | |
| Denise Pike | | 206A Old Fort Rd | | | Stanford | KY | 40484 | |
| Department of Taxation | State of Hawaii | P.O. Box 259 | | | Honolulu | HI | 96809-0259 | |
| Department of the Treasury | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Department of Treasury - Bankruptcy Section | | PO Box 9024140 | | | San Juan | PR | 00902-4140 | |
| Discovery House Homes, LLC | Attn: Jon Rickett | 140 N Main St | | | Hiawassee | GA | 30546 | |
| Dish Wireless Holdings | | 9601 S Meridian Blvd | | | Englewood | CO | 80112 | |
| Dona Clouse | | 4991 N 450 W | | | Angola | IN | 46703 | |
| Donald Roblee | | 10991 Lake St | | | Pavilion | NY | 14525 | |
| Donna M. Kitts | 6 Marabou Drive | | | | Newark | DE | 19702 | |
| Dr. Craig Arnold | | 118 Farside Dr | | | Danville | KY | 40422 | |
| Eagle Pass ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St | Suite 2200 | San Antonio | TX | 78205 | |
| Elissa Robertson | c/o Holwell Shuster & Goldberg LLP | 425 Lexington Avenue | | | New York | NY | 10017 | |
| Ellen H Depta | | 31 Lee Parker Rd | | | Natchez | MS | 39120 | |
| Ellen L. Crouch | 112 Baker B Ranch Rd. | | | | Trinidad | TX | 75163 | |
| Engie Insight Services Inc. | PO Box 2440 | | | | Spokane | WA | 99210 | |
| EQYInvest Owner I, Ltd., LLP c/o Timothy T. Mitchell | Rashti and Mitchell | 4422 Ridgeside Drive | | | Dallas | TX | 75244-4422 | |
| Eugene H. Peltier | | 1950 Hayes St | | | North Bend | OR | 97459 | |
| Federal Insurance Company | Wendy M. Simkulak | c/o Duane Morris LLP | 30 S. 17th Street | | Philadelphia | PA | 19103 | |
| Fernando Valverde | | 6983 Carr 187 Apt 32B | | | Carolina | PR | 00979 | |
| Ferril Fedde | | 4500 SW Rediker Dr | | | Mountain Home | ID | 83647 | |
| Flexprint Intermediate LLC | | 2845 N Omaha St | | | Mesa | AZ | 85215 | |
| Florence Alexander | 96 Country Lane | | | | Steele | AL | 35987 | |
| Floyd Huff | | 18270 Wheatland Rd NW | | | Salem | OR | 97304 | |
| Fort Bend County | c/o Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Franchise Tax Board | Bankruptcy Section MS A340 | PO BOX 2952 | | | Sacramento | CA | 95812-2952 | |
| GA Communications | | 2196 W Park Ct | | | Stone Mountain | GA | 30087 | |
| Gary Craynon | 150 Long Street | | | | Harrogate | TN | 37752 | |
| Geary Olsen | 14323 Ostrum Trl. N | | | | Marine on St. Croix | MN | 55047 | |
| George F Mahin, Jr | | 410 Charlestown Ct | Apt C | | Louisville | KY | 40243 | |
| Girijvani Talluri | 330 Country Cottage Lane | | | | Winter Garden | FL | 34787 | |
| Glenn Murray | | 1602 NE HWY 66 | | | Sayre | OK | 73662 | |
| Google LLC | c/o White and Williams LLP | Attn: Amy E. Vulpio, Esq. | 1650 Market St | Floor 18 | Philadelphia | PA | 19103 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Google LLC | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 | |
| Gray County PBFCM | c/o Taxing Districts PBFCM | Attn: Alexandria Trevino | PO Box 9132 | | Amarillo | TX | 79105 | |
| Greensfelder, Hemker & Gale, P.C. | c/o Randall F. Scherck | 10 South Broadway, Suite 2000 | | | St. Louis | MO | 63102 | |
| Greg Shaia | | 2579 Manuel Dr | | | Lillian | AL | 36549 | |
| Gregory Hanson | | 9462 Ranchview LN N | | | Maple Grove | MN | 55369 | |
| GTT Americas LLC | f/k/a Megapath Corporation | 7900 Tysons One Place, Ste 1450 | | | McLean | VA | 22102 | |
| Hale County Appraisal District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: D'Layne Carter | PO Box 9132 | | Amarillo | TX | 79105 | |
| Hanna Griggs | | 826 N East St | | | Olney | IL | 62450 | |
| Hansel Properties | 180 Hansels Way | | | | Somerset | KY | 42501 | |
| Harold Hazzard | | 89 Obed Olive Rd | | | Sanford | NC | 27332 | |
| Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Hattie Chives | 1820 W.J. Williams Lane | | | | Dunnellon | FL | 34434 | |
| Heather Grant | | PO Box 21 | 150 Fair Rd | | East Montpelier | VT | 05651 | |
| Hesham Bakr | 109 King Oak St. | | | | Holly Springs | NC | 27540 | |
| Hidalgo County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 17428 | |
| Housing Authority of Monticello | 210 Homestead Heights | | | | Monticello | KY | 42633 | |
| Hugh McCullough, Esquire | Davis Wright Tremaine | 920 Fifth Avenue, Suite 3300 | | | Seattle | WA | 98104-1610 | |
| Humble Independent School District | Attn: Melissa E. Valdez | 1235 N Loop W | Suite 600 | | Houston | TX | 77008 | |
| Illinois Department of Employment Security | 33 S. State Street, 10th FL | | | | Chicago | IL | 60603 | |
| Illinois Department of Revenue | Bankruptcy Unit | PO Box 19035 | | | Springfield | IL | 62794-9035 | |
| Illinois Union Insurance Company | c/o Duane Morris LLP Wendy M. Simkulak | 30 S. 17th Street | | | Philadelphia | PA | 19103 | |
| Ina Seymour | | 11085 N Circle M Ave | | | Dunnellon | FL | 34433 | |
| Internal Revenue Service | Attn: Bankruptcy Department | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IPFS Corporation | | 30 Montgomery Street | Suite 501 | | Jersey City | NJ | 07302 | |
| James & Lisa Barger | | 642 Carrigan Dr | | | Danville | KY | 40422 | |
| Jane Motyka | | PO Box 4387 | | | Pinehurst | NC | 28374 | |
| Janet Hill | 344 Maple St. | | | | Chadron | NE | 69337 | |
| Janine Devries | Attn: Kenneth John Devries | 8980 SW 190th Cir | | | Dunnellon | FL | 34432 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Janna Short | | 176 Juniper Hill | | | Harrodsburg | KY | 40330 | |
| Jason Sibben | 69380 Delfield Road | | | | Highbridge | WI | 54846 | |
| Jason Wilkerson | | 2005 VZ County Road 4111 | | | Canton | TX | 75103 | |
| Jean Davin Clary | 4612 Saul Rd. | | | | Kensington | MD | 20895 | |
| Jeannette M. Daughtry | | 1100 Friendly Rd | | | Dunn | NC | 28334 | |
| Jeffrey C. Hampton | Saul Ewing LLP | Centre Square West | 1500 Market St. | 38th Fl | Philadelphia | PA | 19102-2186 | |
| Jenny Johnson | | 404 Mistflower Court | | | Ball Ground | GA | 30107 | |
| Jeremy Hageness | | 256 Edgewater Lane | | | Libby | MT | 59923 | |
| Jerry Combs | | 716 Yukon Ave | | | Danville | KY | 40422 | |
| Jerry Gulley | | 925 Lewis Street | | | Sheridan | WY | 82801 | |
| Jim Wells CAD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| JoAnn Durling | | 16752 SE 84th Colerain Circle | | | The Villages | FL | 32162 | |
| Joe Moschak | | 706 Orchard Pl | | | Fairfield | IA | 52556 | |
| John Katrosh | | PO Box 251 | | | Covington | TN | 38019 | |
| John Sessoms | | 7307 Saddle Oaks Dr | | | Cary | IL | 60013 | |
| Josefina Sosa | | 3200 N Wellington Pl | | | Wichita | KS | 67204 | |
| Joseph F. Cudia | U.S. Trustee | 844 King Street | Suite 2207 | | Wilmington | DE | 19801 | |
| Josh Anfang | | 1540 Colonial Dr | | | Montrose | CO | 81401 | |
| Joshua S. Evett | Duke Evett | 1087 W. River Street | Suite 300 | | Boise | ID | 83702 | |
| Joyce Caiazza | 19065 SW 98th Loop | | | | Dunnellon | FL | 34432 | |
| Joyce E. Hopkins | | 7431 Wilkins Ln | | | Chestertown | MD | 21620 | |
| Judith Mary Ahearn | 127 Circle Drive | | | | Otego | NY | 13825 | |
| Julie Anne Parsons | McCreary, Veselka, Bragg, & Allen, P.C. | P.O. Box 1269 | | | Round Rock | TX | 78680-1269 | |
| Karl Dailey | | 369 King St | | | Chadron | NE | 69337 | |
| Kathryn Ragsdale | | 422 Teakwood Lane | | | Southern Pines | NC | 28387 | |
| Kathy Biggers | | PO BOX 1036 | | | Statesboro | GA | 30459 | |
| Kathy Cowden (Kathleen Cowden) | | 1135 Kennebec Rd | | | Grand Blanc | MI | 48439 | |
| Kathy Hollis | 815 Garden Parkway #435 | | | | Tuscaloosa | AL | 35405 | |
| Kenneth Wells | | PO Box 189 | | | Lockney | TX | 79241 | |
| Kentucky Utilities Company | | 820 W. Broadway | | | Louisville | KY | 40202 | |
| Kerr County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Kerrville Independent School District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: John T Banks | 3301 Northland Dr | Suite 505 | Austin | TX | 78731 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kevin Frazier | 1650 Tomblin Road | | | | Bigfoot | TX | 78005 | | |
| Kevin Skillings | 12827 McCourtney Road | | | | Grass Valley | CA | 95949 | | |
| Kim Welch | Attn: Kim Welch | 1310 Goldsboro Rd | | | Barclay | MD | 21607 | | |
| Kyle Brown | | W9605 Highway 70 | | | Spooner | WI | 54801 | | |
| Lafayette County Tax Collector | | 300 N Lamar | Suite 103 | | Oxford | MS | 38655 | | |
| Lanay Walstad [David Walstad] | | 3832 Scarlet Ct | | | Montrose | CO | 81401 | | |
| Leah Hullinger | | 1689 Arcade Ave | | | Cumberland | WI | 54829 | | |
| Leann Wurtzel [Robert Wurtzel] | | 3221 Fern Ct | | | Eau Claire | WI | 54703 | | |
| Leibee, Mike | | 459 High St | | | Buffalo | WY | 82834 | | |
| Liberty County | c/o Tara L. Grundemeier Linebarger Goggan Blair & Sampson, LLC | P.O. Box 3065 | | | Houston | TX | 77253-3064 | | |
| Linda Burger | | 53184 Calle Avila | | | Coachella | CA | 92236 | | |
| Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 100 | | Dallas | TX | 75207 | | |
| Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan St | Suite 2200 | | San Antonio | TX | 78205 | | |
| Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | | |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | | Austin | TX | 78760-7428 | | |
| Lisa Knetsche | | 327 Briarcliff Ln | | | Danville | KY | 40422 | | |
| Liz Buendia | | 912 Valverde | | | Carlsbad | NM | 88220 | | |
| Lori Ladsten | W13188 S. River Rd. | | | | Blair | WI | 54616 | | |
| Lorie Hunn | P.O. Box 908 | | | | Chadron | NE | 69337 | | |
| Marcee Cook | 21135 Al Hwy 55 | | | | Andalusia | AL | 36420 | | |
| Margaret Kallunki | | 724 SE Meadows Loop | | | Sheridan | OR | 97378 | | |
| Margie McLemore | | PO Box 10373 | | | Russellville | AR | 72812 | | |
| Mark Barton | | 3114 Harbor Pointe Cir | | | Fenton | MI | 48430 | | |
| Mark Evans | | 475 Tall Timbers Dr | | | Pinehurst | NC | 28374 | | |
| Marriott Hotel Services, Inc. [Gaylord Opryland<br>Resort & Convention Center] | c/o Rudner Law Offices | Attn: Mitchell Lovett | 12740 Hillcrest Rd | Suite 240 | Dallas | TX | 75230 | | |
| Marticia Hancook | 29 Nova St. | | | | Eureka Springs | AR | 72632 | | |
| Martindale, Tracey L | | 4366 State Highway 206 | | | Sidney Center | NY | 13839 | | |
| Mary Denninger | W4540 McGregor Rd. | | | | Minong | WI | 54859 | | |
| Matagorda County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | |
| Maverick County | Attn: Brenda Lira | 613 NW Loop 410 | Suite 550 | | San Antonio | TX | 78216 | | |

**EXHIBIT C**

**Service List**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Melissa Rothe | 622 Pamaele Street | | | | Kailua | HI | 96734 | |
| Melvin Johnson | | 174 Danville Pike | | | Hustonville | KY | 40437 | |
| MG Management Co., LLC, et al. | 494 State Street, Suite 300 | | | | Salem | OR | 97301 | |
| Michael Katen | 1116 E. 3rd St. | | | | Chadron | NE | 69337 | |
| Michael Lavin | Attn: Mary Anne Lavin | 4917 Upton Ave S | | | Minneapolis | MN | 55410 | |
| Michael Schullo | 1180 20 3/4 Ave. | | | | Cumberland | WI | 54829 | |
| Michelle A Homan | | PO Box 323 | 719 N East St | | Joseph | OR | 97846 | |
| Michigan Department of Treasury | 3030 W. Grand Blvd., Ste 10-200 | Cadillac Place | | | Detroit | MI | 48202 | |
| Minnesota Department of Revenue | Attn: Collection Division | PO Box 64447 | BKY | | St. Paul | MN | 55164-0447 | |
| Mississippi Department of Revenue | ATTN: Bankruptcy Section | P. O. Box 22808 | | | Jackson | MS | 39225-2808 | |
| Missouri Department of Revenue | | PO Box 475 | | | Jefferson City | MO | 65105 | |
| Montana-Dakota Utilities [Cascade Natural Gas Co] | | 400 N 4th St | | | Bismarck | ND | 58501 | |
| Montgomery County | c/o Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | | Houston | TX | 77253-3064 | |
| Nacogdoches County, et al. | Perdue Brandon Fielder Collins & Mott | PO Box 2007 | | | Tyler | TX | 75710-2007 | |
| Nancy Geisel [John David Geisel] | | 4 Blacksmith Ln | | | Media | PA | 19063 | |
| Nate E. Cody | 1709 Fox Run | | | | Menomonie | WI | 54751 | |
| Navarro County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 2777 N Stemmons Frwy | Suite 1000 | Dallas | TX | 75207 | |
| Navigators Insurance Company | Hartford Fire Insurance Company | Bankruptcy Unit, HO2-R, Home Office | | | Hartford | CT | 06155 | |
| NECTDM | P.O. Box 306 | | | | Sterling | CO | 80751 | |
| New Hampshire Department of Revenue Administration | NH- DRA Legal Bureau | P.O. Box 457 | | | Concord | NH | 03302 | |
| New York State Department of Taxation & Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| Nextopia Software Corporation | | 260 King St E, A200 | | | Toronto | ON | M5A 4L5 | Canada |
| NM Taxation & Revenue Department | PO Box 8575 | | | | Albuquerque | NM | 87198-8575 | |
| Nora Woltersdorf | 507 Arbella Loop | | | | The Villages | FL | 32162 | |
| NSA Media Group, Inc. | Attn: Bea Bywalec | 2200 Cabot Drive | Suite 330 | | Lisle | IL | 60532 | |
| ODR Bkcy | 955 Center St NE | | | | Salem | OR | 97301-2555 | |
| Oriana Towles | Attn: Melissa E. Valdez | 1235 N Loop W | Suite 600 | | Houston | TX | 77008 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pasadena Independent School District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Melissa E. Valdez | 1235 N Loop W | Suite 600 | Houston | TX | 77008 | |
| Patricia B. Evans | 10002 SW 183 Court | | | | Dunnellon | FL | 34432 | |
| Patricia Glaunert | | 162 Symphony Way | | | Centreville | MD | 21617 | |
| Patrick Gorman | 113 Stone Ivy Lane | | | | Church Hill | MD | 21623 | |
| Patrick S. McMillen | 1888 Kalakaua Ave. #1605 | | | | Honolulu | HI | 96815 | |
| Pecos County | | Linebarger Goggan Blair & Sampson, LLP | 112 E. Pecan Street, Suite 2200 | | San Antonio | TX | 78205 | |
| Peggy Sanders | 114 Strawberry Dr. | | | | Cabot | AR | 72023 | |
| Peopleready Inc | 1015 A ST | | | | Tacoma | WA | 98402 | |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Melissa E. Valdez | 1235 North Loop West Suite 600 | Suite 600 | | Houston | TX | 77008 | |
| Peter W. Shanley | Jade V. Andrews | Jacqueline M. Doyle | Hackett Feinberg P.C. | 155 Federal Street, 9th Floor | Boston | MA | 02110 | |
| Phillip & Debbie Bowman [Daniel I Duerr] | | 640 E 13th St | | | Baxter Springs | KS | 66713 | |
| Phillip Wegrzyn | 567 Ascot Ln | | | | Streamwood | IL | 60107 | |
| Pottawatomie County Treasurer | PO Box 3069 | | | | Shawnee | OK | 74802 | |
| Potter Anderson & Corroon LLP | | 1313 N. Market Street | P.O. Box 951 | | Wilmington | DE | 19899 | |
| PSE&G | Attn: Bankruptcy Dept | PO Box 709 | | | Newark | NJ | 07101 | |
| Randy L. Wilson | 986 250th Ave. | | | | Luck | WI | 58453 | |
| Rebecca Effertz | 104 Laker Dr. | | | | Snell Lake | WI | 54871 | |
| Rebecca Sanders | | PO Box 1416 | | | Russellville | AR | 72811 | |
| RELX Inc. dba LexisNexis | 9443 Springboro Pike | | | | Miamisburg | OH | 45342 | |
| Rhandi Ehn | PO Box 11 | | | | Winter | WI | 54896 | |
| Rhode Island Division of Taxation | 1 Capitol Hill | | | | Providence | RI | 02908 | |
| Richard Craft | Teena Stinespring | 5498 Riverchase Drive | | | Flowery Branch | GA | 30542 | |
| Richard Trollinger | | 150 N Maple Ave | | | Danville | KY | 40422-1202 | |
| Robert & Shelly Huie | | PO Box 2099 | | | California City | CA | 93504 | |
| Robert W Crawley | | 902 Sarah St | | | Sandwich | IL | 60548-9223 | |
| Rosa Caballero | | 1803 N 2nd St | | | Dardanelle | AR | 72834 | |
| Rosa Jiles | | 156C Wilkerson | | | Selma | AL | 36703 | |
| RR Donnelley | | 4101 Winfield Rd | 5th Floor | | Warrenville | IL | 60555 | |
| Ryan Haacker [Ryan M Haacker, Ryan Michael Haacker] | | 2631 Fallbrook Dr | | | Hampshire | IL | 60140 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sally Bustle | | 6208 Lebanon Rd | | | Danville | KY | 40422 | |
| Sandra Fligg | | 541 Water Street | | | Eldon | IA | 52554 | |
| Sandra Jansen | | 2450 Pacific Ave | | | North Bend | OR | 97459 | |
| Sharon Bokma | | 10621 Potomac Drive | | | Huntley | IL | 60142 | |
| Shawn M. Christianson, Esq. | | Buchalter, A Professional Corporation | 425 Market Street, Suite 2900 | Suite 2900 | San Francisco | CA | 94105-3493 | |
| Shirley Bowser Newson [Shirley M Bowser] | | 8479 Kamin Ln | | | Memphis | TN | 38125 | |
| Skyler J. Ferguson | | 811 Basin Rd. | | | Colville | WA | 99114 | |
| Solomon Patrick | Patrick Construction Inc. | 1025 Hedgecock Rd | | | Blairsville | GA | 30512 | |
| Springfield Sign & Graphic | | 4825 E Kearney St | | | Springfield | MO | 65803 | |
| Sravan Araveti | W23ON7921 Bluebill Dr. | | | | Sussex | WI | 53089 | |
| Staples, Inc. | | 7 Technology Circle | | | Columbia | SC | 29203 | |
| State of Maryland Comptroller of the Treasury | | 301 W Preston St | Room 409 | | Baltimore | MD | 21201 | |
| State of Minnesota, Department of Revenue | c/o Minnesota Revenue | PO Box 64447 | BKY | | St Paul | MN | 55164-0447 | |
| State of New Jersey Division of Taxation | 3 John Fitch Way | P.O. Box 245 | | | Trenton | NJ | 08695-0245 | |
| Stephanie Cantres | | 168 Rollin Ct | | | Dover | DE | 19901 | |
| Stephen Levijoki | | 9431 Linden Rd | | | Swartz Creek | MI | 48473 | |
| Stephen Piker | | 507 Jackson Ave | | | Sheridan | WY | 82801 | |
| Stephen Replogle [Lisa Replogle] | | 65402 Solar Rd | | | Montrose | CO | 81403 | |
| Stephen Whitfield [Stephen H Whitfield] | | 1011 Estancia Ln | | | Algonquin | IL | 60102-6317 | |
| Steven J. Long | 720 S. 2nd St. | | | | Columbus | NE | 68601 | |
| Sulvia A. Felts | 30438 Esco Road | | | | Bush | LA | 70431 | |
| Susan Burns | | 6230 SW Grand Oaks Dr | | | Corvallis | OR | 97333 | |
| Sycamore Center Dekalb, LLC | | 3333 Richmond Rd | Suite 350 | | Beachwood | OH | 44122 | |
| Tabetha Otheim | | 175 Recreation Rd. | | | Wolf Creek | MT | 59648 | |
| Tammy Menezes | PO Box 1912 | | | | Bandon | OR | 97411 | |
| Tarrant County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Frwy | Suite 1000 | Dallas | TX | 75207 | |
| Tax Appraisal District of Bell County, Texas | c/o McCreary Veselka Bragg & Allen PC | Attn: Julie Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | |
| Taxing Districts Collected by Potter County | "Taxing Districts" %PBFCM | PO BOX 9132 | | | Amarillo | TX | 79105 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Taxing Districts Collected by Randall County | "Taxing Districts" %PBFCM | PO BOX 9132 | | | Amarillo | TX | 79105 | |
| The County of Wharton, Texas | c/o McCreary Veselka Bragg & Allen PC | Attn: Julie Parsons | PO Box 1269 | | Round Rock | TX | 78680-1269 | |
| The Travelers Indemnity Company | Account Resolution - Salvatore Marino | One Tower Square, 000-10GCM | | | Hartford | CT | 06183 | |
| Theresa Snow | | 267 W 14th St | | | Lafayette | OR | 97127 | |
| Thomas Berkbigler | | 3414 Highway 221 | | | Doe Run | MO | 63637 | |
| Timothy Storer | | 517 S Strong Rd | | | Strong | ME | 04983 | |
| Todd Amrein | | 689-700 River Bench Rd | | | Susanville | CA | 96130 | |
| Tony J. Jennings | 1213 N. Sunshine Dr. | | | | Stanberry | MO | 64489 | |
| Total Quality Logistics, LLC | Attn: Joseph B. Wells, Corp | 4289 Ivy Pointe Blvd | | | Cincinnati | OH | 45245 | |
| Town of Breckenridge | PO Box 8629 | Finance Department | | | Breckenridge | CO | 80424 | |
| Transform Innovel Solutions LLC | Attn: Gary Swearingen, Corporate Counse | 999 Lake Dr | | | Issaquah | WA | 98027 | |
| Transform SR Acceptance LLC c/o Wachtell, Lipton, Rosen & Katz | Attn: Neil M. Snyder & Scott K. Charles | 51 W 52nd St | | | New York | NY | 10019 | |
| Troy Young | | 33889 Sunset Dr | | | Lillian | AL | 36549 | |
| TXU Energy Retail Company LLC | c/o Bankruptcy Department | PO Box 650393 | | | Dallas | TX | 75265 | |
| Uvalde County | Attn: Brenda Lira | 613 NW Loop 410 | Suite 550 | | San Anotnio | TX | 78216 | |
| Val Verde County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St | Suite 2200 | San Antonio | TX | 78205 | |
| Valerie Sanders | Attn: Valerie McClung Sanders | 195 Longmire Ln | | | Woodville | MS | 39669 | |
| Van Alyne, Rodney | 810 N Maple | | | | Colville | WA | 99114 | |
| Van Zandt CAD | c/o John K. Turner Linebarger Goggan Blair & Sampson, LLC | 2777 N. Stemmons Frwy Ste 1000 | | | Dallas | TX | 75207 | |
| Vaughn Purkiss | 501 SW Nautical Ave. | | | | Port St. Lucie | FL | 34984 | |
| Vicki l Freeman | | 3203 44th St | | | Lubbock | TX | 79413 | |
| Victoria County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Virginia Vessel | 595 N. McCandless Ave. | | | | Booneville | AR | 72927 | |
| Walter Wesley Weichbrodt | 1600 Rhododendron Dr. Spc 298 | | | | Florence | OR | 97439 | |
| WASHINGTON PARISH SHERIFF | 2345 GAUSE BLVD E | | | | SLIDELL | LA | 70461-2345 | |
| Waste Management | PO BOX 42930 | | | | Phoenix | AZ | 85080 | |

**EXHIBIT C**

**Service List**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Waste Management National Services, Inc. | c/o Jacquolyn E. Mills | 800 Capitol Street Ste. 3000 | | | Houston | TX | 77002 | |
| Wayne Hale | 3372 FM 117 | | | | Uvalde | TX | 78801 | |
| Westchester Surplus Lines Insurance Company | c/o Duane Morris LLP Wendy M. Simkulak | 30 S. 17th Street | | | Philadelphia | PA | 19103 | |
| Whirlpool | | 2000 N M63 | | | Benton Harbor | MI | 49022 | |
| Whirlpool Corporation | Quarles & Brady LLP c/o L. Katie Mason, Esq. | 411 E. Wisconsin Ave., Suite 2400 | | | Milwaukee | WI | 53202 | |
| Wichita County, City Of Wichita Falls And Wichita Falls Independent School District | Attn: Mollie Lerew | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | P.O. Box 8188 | | Wichita Falls | TX | 76307 | |
| William Bryant | | 3004 W Highway 619 | | | Russell Springs | KY | 42642 | |
| William F. Holtz | | 2629 Buttonwood Run | | | The Villages | FL | 32162 | |
| Yakima County Treasurer | PO Box 22530 | | | | Yakima | WA | 98907 | |